ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
High Protection Company ) ASBCA No. 58838
)
Under Contract No. W91B4L-11-P-0086 )

APPEARANCE FOR THE APPELLANT: Kevin M. Bischoff, Esq.
Olsen, Skoubye & Nielson, LLC
Salt Lake City, UT

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Lawrence Gilbert, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 November 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58838, Appeal of High Protection Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals